IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CELADON GROUP, INC., et al., | ) | Case No. 19-12606 (KBO) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| TA DISPATCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adversary Case No. 20-50430 (KBO) |
| | ) | |
| MIDCAP FUNDING IV TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Defendant MidCap Funding IV Trust ("Defendant"), by and through its undersigned counsel, hereby moves to dismiss this adversary proceeding pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Federal Rule of Bankruptcy Procedure 7012.  The grounds for this motion are set forth in the Brief in Support of MidCap's Motion to Dismiss Adversary Proceeding filed contemporaneously herewith.  MidCap respectfully requests that this Court enter the proposed order attached hereto, dismissing this adversary proceeding with prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); and Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

Dated:  January 31, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Eric D. Schwartz*

Eric D. Schwartz (No. 3134)
Thomas W. Briggs, Jr. (4076)
Matthew B. Harvey (No. 5186)
Barnaby Grzaslewicz (No. 6037)
Paige N. Topper (No. 6470)
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
eschwartz@mnat.com
tbriggs@mnat.com
mharvey@mnat.com
bgrzaslewicz@mnat.com
ptopper@mnat.com

-and-

David E. Morrison
Danielle D. Juhle
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 201-4000
Facsimile:  (312) 332-2196
david.morrison@goldbergkohn.com
danielle.juhle@goldbergkohn.com